# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **MARIO JERRELL PREWITT,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 6:20-cv-00722-LCB-SGC |
| **ADAM SMITH,** | ) |
| **Defendant.** | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report on August 30, 2021, recommending Defendant's Special Report be treated as a Motion for Summary Judgment and further recommending that the Motion be granted. (Doc. 31). Although the parties were advised of their right to file specific written objections within 14 days, the Court has received no objections.

Having carefully reviewed and considered de novo all the materials in the Court file, including the Report and Recommendation, the Court **ADOPTS** the Magistrate Judge's Report and **ACCEPTS** her Recommendation. Accordingly, the Court **ORDERS** that the Defendant's Motion for Summary Judgment is **GRANTED**, the Court finding no genuine issues of material fact exist.

**DONE** and **ORDERED** September 23, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE